FILED
HARRISBURG, PA
AUG 25 2016
PETER WELSH, CLERK
Per _____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:08-CR-424 |
|---|---|---|
| v. | : | (Chief Judge Conner) |
| JUAN MATOS | : | |

## ORDER

AND NOW, this 25th day of August, 2016, upon consideration of the government's motion to amend judgment (Doc. 378), it is hereby ORDERED that said motion is GRANTED. The Clerk is directed to close case No. 1:08-CR-424 as paid in full, thereby remitting the $116.35 balance that is reflected on the record, and mark the Judgment satisfied.

_____
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania